___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

FEB 27 2012

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

11-CV-01547-ORD

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

DONATO CARDOZA-CASTILLO,

    Petitioner,

v.

ICE FIELD OFFICE DIRECTOR,

    Respondent.

Case No. C11-1547-JLR

ORDER OF DISMISSAL

The Court, having reviewed petitioner's Petition for Writ of Habeas Corpus (Dkt. No. 7), respondent's Return and Motion to Dismiss (Dkt. No. 11), respondent's Reply (Dkt. No. 14), the Report and Recommendation of the Hon. James P. Donohue, United States Magistrate Judge, and any objections or responses to that, and the remaining record, finds and Orders as follows:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's Petition for Writ of Habeas Corpus (Dkt. No. 7) is DENIED, respondent's Return and Motion to Dismiss (Dkt. No. 11) is GRANTED, and this matter is DISMISSED with prejudice.

(3) The Clerk shall send a copy of this Order to the parties, and to Judge Donohue.

DATED this 27th day of February, 2012.

JAMES L. ROBART
United States Magistrate Judge

ORDER OF DISMISSAL
PAGE - 1